**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. <u>**CR-24-146-R**</u> |
| | ) | |
| **MATTHEW ALAN STACY, *et. al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**JOINT MOTION TO CONTINUE JURY TRIAL**</u>

COME NOW, the United States of America, by and through Elizabeth M. Bagwell and Thomas Snyder, Defendant Matthew Stacy, by and through his attorneys, Robert M. Goldstein, Joshua Welch, and Joey DeGiusti, and respectfully submit this Joint Motion to Continue Jury Trial, and hereby move the Court for an order continuing the trial date from the July 2026 trial docket to the October 2026 trial docket, with the jury trial beginning on October 19, 2026, and jury selection occurring on October 13, 2026.

In support of this Motion, the parties state as follows:

1.     Trial is currently scheduled to begin on July 14, 2026.

2.     Mr. Stacy has requested, and the government intends on producing, a significant volume of discovery related to the underlying investigation, including the following:

a. copies of forensic images of electronic devices seized during

the course of this investigation, which could include as many as 184 cellular telephones, 12 computers, 7 hard drives, and 10 laptop computers.   The United States is currently working to locate these downloads or confirm they do not exist.

b. supplemental folders created during the state investigation that may contain evidence relevant to the instant prosecution, including audio and/or video recordings of relevant events in this matter;

c. any missing audio and/or video recordings generated during the investigation in this matter, including audio and/or video recordings of interviews of witnesses and inspections of relevant premises; and

d. search warrant materials related to warrant executions during the investigation of this matter.

3. The parties respectfully submit that a continuance of the current trial date is necessary so the government can provide the requested discovery, and the defense has adequate time to review these materials and prepare in advance of trial.

4. Counsels for Mr. Chong Iu Phu have advised they have no

objection to this date.

5.    Counsel for Mr. Chanh Iu Phu, Mr. Robert Gifford, has advised that he has no objection to this date. However, Mr. Gifford advised that he currently has a death penalty trial beginning the week of October 19, which may get moved.  If Mr. Chanh Phu elects to go to trial, and Mr. Gifford's trial does not move from October 19, 2026, the parties anticipate asking for a brief continuance to November 9, 2026, to allow Mr. Gifford to complete that trial.

6.    If granted, the parties will submit a new proposed schedule mirroring the current schedule for the Court's consideration.

7.    The Speedy Trial Act ("STA") excludes any period of delay resulting from a continuance granted by the Court on the basis "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The parties respectfully submit that any delay resulting from the requested continuance would be excludable under The Speedy Trial Act.  Specifically, the parties submit that this case "unusual or so complex" due to, among other things, "the nature of the prosecution" and "the number of defendants," such that "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within [the STA's 70-day clock.]"  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

8.    The parties respectfully submit that denial of a continuance of this

3

matter would interfere with Defendants' right to counsel and competent representation, as it would deny the Defendants the reasonable time necessary for the effective preparation of trial in this matter even taking into consideration the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

9.     The United States and the public do not stand to suffer any prejudice from any continuance of this matter from July 2026 to October 2026, whereas the Defendants may suffer substantial limitations in their right to counsel, their right competent counsel, their right to prepare for and participate in their defense at trial, and their right to due process.  As such, the interests of justice far outweigh any interest of the public in granting a continuance of the trial in this matter.

10.    This motion is not made for purposes of delay, but to best serve the interests of justice, which entitles the Government and the Defendants to a fair trial and competent representation.

11.    The parties do not anticipate filing any further requests for a continuance, other than the scenario referenced in paragraph 6.

Based on the foregoing, the parties hereby move this Court to continue the trial date from the July 2026 trial docket to the October 2026 trial docket, with jury selection beginning on October 13, 2026, and trial beginning on October 19, 2026.

Respectfully submitted,

s/      Elizabeth M. Bagwell
ELIZABETH M BAGWELL, (DC 1780082)
THOMAS B. SNYDER ( OK 31428)
Assistant U.S. Attorneys
210 Park Ave., Suite 400
Oklahoma City, OK 73102
Telephone: 405.553.8787
Facsimile: 405.553.8888
Email: Elizabeth.Bagwell@usdoj.gov
*Attorney for Plaintiff*

s/      Josh Welch
JOSH WELCH, OBA #17214
DEGIUSTI & WELCH PLLC
1138 N. Robinson Avenue
Oklahoma City, OK 73103
Telephone: 405.778.3098
Email: josh@dwlegal.law
*Attorney for Defendant Stacy*

s/      Joey DeGiusti
JOEY DEGIUSTI, OBA #33734
DEGIUSTI & WELCH PLLC
1138 N. Robinson Avenue
Oklahoma City, OK 73103
Telephone: 405.778.3098
Email: joey@dwlegal.law
*Attorney for Defendant Stacy*

s/      Robert Goldstein
ROBERT GOLDSTEIN, Mass. Bar
#630584
GOLDSTEIN LAW FIRM
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: 617.742.9015
Facsimile: 617.742.9016
Email: rmg@goldstein-lawfirm.com
*Attorney for Defendant Stacy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants appearing in this case.

5

_Elizabeth M. Bagwell_
Elizabeth M. Bagwell