**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  CR-24-146-R |
| | ) | |
| MATTHEW ALAN STACY. et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is the parties Motion for Continuance of Trial Date and Pretrial Deadlines [Doc. No. 307]. The parties have requested this matter be moved to the October 2026 Trial Docket and a corresponding extension of the unexpired deadlines be entered.

This case is over two years old. A scheduling order including a trial date was set over six months ago, now the parties want to essentially start over again.

Why should the Court grant this motion?

IT IS SO ORDERED this 18th day of May 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE